IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARBOR MCELROY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>W. L. MUNIZ, et al.,<br><br>　　　　Defendants. | No. C 15-01916 EJD (PR)<br><br>ORDER ADMINISTRATIVELY<br>CLOSING CASE |

　　　Plaintiff, a state prisoner at Salinas Valley State Prison, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. This complaint is identical to the complaint filed in Case No. 15-00042 EJD (PR), except that the complaint in the instant action was signed April 18, 2015, whereas the complaint in the earlier filed action was signed on December 25, 2014. The Court finds that the instant case was opened in error and directs the Clerk to administratively close the case.

　　　The Clerk shall file copies of all the documents filed by Plaintiff in the instant action into Case No. 15-00042 EJD (PR), terminate any pending motions, and administratively close this action.

DATED: _5/13/2015_____

　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　United States District Judge

Order Administratively Closing Case
P:\PRO-SE\EJD\CR.15\01916McElroy_admin close.wpd

1